# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

RANDY D. GLENN, SR.,

        Plaintiff,

        -vs-                                    Case No.   13-CV-955

UNITED STATES OF AMERICA,

        Defendant.

## DECISION AND ORDER

        The plaintiff filed this action pursuant to Federal Rule of Criminal Procedure 41(g) seeking the return of currency seized from him during a February 2012 arrest. On March 31, 2014, the Court granted the defendants's motion dismiss this case for lack of jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1). The plaintiff has filed a motion to set aside the forfeiture and vacate the dismissal order under 18 U.S.C. § 983(e).

        In support of his motion, the plaintiff states that he did not receive notice of the administrative forfeiture proceedings that the Drug Enforcement Administrative (DEA) commenced and completed against the $2,860 in United States currency that was seized from him on February 12, 2012. However, on February 2, 2015, the defendant filed a letter stating that the DEA and the United States Marshals Service caused the $2,860 in United States currency that was seized from the plaintiff on February 12, 2012, to be returned to him via a payment made on January 28, 2015. Accordingly, the plaintiff's motion to set aside

forfeiture and vacate dismissal order is now moot.

**IT IS THEREFORE ORDERED** that the plaintiff's motion to set aside

forfeiture and vacate dismissal order (Docket #20) is **DENIED AS MOOT**.

Dated at Milwaukee, Wisconsin, this 4th day of February, 2015.

SO ORDERED,

**HON. RUDOLPH T. RANDA**
**U. S. District Judge**